**SEALED**

NOV 0 6 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 18-30060 |
| v. | ) | |
| | ) | VIO: 18 U.S.C. §§ 2252A(a)(5)(B) |
| JAMES T. PAYNE | ) | and 2253. |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE
(Possession of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

On or about August 31, 2018, in Adams County, in the Central District of Illinois,

**JAMES T. PAYNE,**

the defendant herein did knowingly possess a computer, computer disk, and any other material, to wit: a 4GB Sandisk micro SD card, serial number 1117817348G285, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, and shipped and

transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT TWO
(Possession of Child Pornography)

On or about August 31, 2018, in Adams County, in the Central District of Illinois,

**JAMES T. PAYNE,**

the defendant herein did knowingly possess a computer, computer disk, and any other material, to wit: a micro SD card, unknown brand, displaying words "Made in China" and marked in a white substance with letter the "C", that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT THREE
(Possession of Child Pornography)

On or about August 31, 2018, in Adams County, in the Central District of Illinois,

**JAMES T. PAYNE,**

the defendant herein did knowingly possess a computer, computer disk, and any other material, to wit: a 4 GB Toshiba micro SD card, serial number 1333R05594P, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FOUR
(Possession of Child Pornography)

On or about August 31, 2018, in Adams County, in the Central District of Illinois,

**JAMES T. PAYNE,**

the defendant herein, did knowingly possess a computer, computer disk, and any other material, to wit: a Sandisk micro SD card, partial serial number 0912004299S**9 (obstructed digits omitted), that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FIVE
(Possession of Child Pornography)

On or about August 31, 2018, in Adams County, in the Central District of Illinois,

**JAMES T. PAYNE,**

the defendant herein, did knowingly possess a computer, computer disk, and any other material, to wit: a 16 GB Sandisk micro SD card, serial number 5113CRDM51VI that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE NOTICE

1. The charges contained in Counts One through Five are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One through Five.

### JAMES T. PAYNE,

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Five of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Five of this Indictment;

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Five of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras,

computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- 4GB Sandisk micro SD card, serial number 1117817348G285
- Micro SD card, unknown brand, displaying words "Made in China" and marked in a white substance with letter the "C
- 8 GB Sandisk micro SD card, serial number 7242ZF3L9193
- 4 GB Toshiba micro SD card, serial number 1333R05594P
- Sandisk micro SD card, partial serial number 0912004299S**9 (obstructed digits omitted)
- 16 GB Sandisk micro SD card, serial no. 5113CRDM51VI

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL,
s/ Foreperson

FOREPERSON

s/ Gregory Harris

JOHN C. MILHISER
UNITED STATES ATTORNEY
VBY